UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WERONIKA JANCZUK,

                Plaintiff,

-against-

UNITED STATES OF AMERICA;
DEPARTMENT OF HEALTH AND
HUMAN SERVICES; ASSOCIATION OF
AMERICAN MEDICAL COLLEGES;
PENGUIN RANDOM HOUSE,

                Defendants.

24cv3420 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the August 12, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 13, 2024
          New York, New York

                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                          Chief United States District Judge